1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CSBN 229411
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone:  (415) 977-8936
6      Facsimile:  (415) 744-0134
       E-Mail:  David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARLOS A. JAUREQUE, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 3:11-cv-06358-CRB |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | FOR A FIRST EXTENSION OF TIME FOR |
| MICHAEL J. ASTRUE, | ) | DEFENDANT TO FILE A CROSS-MOTION |
| Commissioner of Social Security | ) | FOR SUMMARY JUDGMENT AND |
| | ) | OPPOSITION TO PLAINTIFF'S MOTION |
| Defendant. | ) | FOR SUMMARY JUDGMENT |
| | ) | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter. Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, an appellate brief, and substantive non-litigation matters, as well as an upcoming planned absence from the office.

    The current due date is May 29, 2012. The new due date will be June 28, 2012.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 3 | Dated: May 9, 2012 | By: | *s/Young Cho* |
| 4 |   |   | [as e-authorized via email]<br>YOUNG CHO,<br>Attorney for Plaintiff |
| 7 | Dated: May 9, 2012 |   | MELINDA L. HAAG<br>United States Attorney |
| 9 |   | By: | *s/ David Lerch*<br>DAVID LERCH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated _May 11, 2012_

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
Judge Charles R. Breyer

Stip. and Proposed order for Extension, 3:11-cv-06358-CRB          2