MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8936
Facsimile: (415) 744-0134
E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS A. JAUREQUE, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:11-cv-06358-CRB |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR |
| ) | DEFENDANT TO FILE A CROSS-MOTION |
| MICHAEL J. ASTRUE, ) | FOR SUMMARY JUDGMENT AND |
| Commissioner of Social Security ) | OPPOSITION TO PLAINTIFF'S MOTION |
| ) | FOR SUMMARY JUDGMENT |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter. Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, an appellate brief, and substantive non-litigation matters, as well as an upcoming planned absence from the office.

The current due date is May 29, 2012. The new due date will be June 28, 2012.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

Dated: May 9, 2012　　　　　　　　By:　*s/Young Cho*

　　　　　　　　　　　　　　　　　　　　[as e-authorized via email]
　　　　　　　　　　　　　　　　　　　　YOUNG CHO,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 9, 2012　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　*s/ David Lerch*
　　　　　　　　　　　　　　　　　　DAVID LERCH
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated _May 11, 2012_

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court Northern District of California]*

Stip. and Proposed order for Extension, 3:11-cv-06358-CRB　　　　　　　　　　　　　2