IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. JAUREQUE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. C 11-06358 CRB

**SUPPLEMENTAL BRIEFING ORDER**

    The parties are directed to file supplemental briefing discussing what if any impact Plaintiff's answer to Question 2.a. of Social Security Administration Form SSA-454-BK (AR 84) has on the pending Motions for Summary Judgment. Dkts. 18, 21. Defendant's brief should be no more than five pages. Because the Court has not received Plaintiff's reply to Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion (dkt. 21), Plaintiff may include up to ten additional pages responding to Defendant's previous arguments, for a total of no more than fifteen pages. However, if Plaintiff chooses to address only the matter of Question 2.a., Plaintiff's brief should be no more than five pages.

/ /

/ /

/ /

The parties should file simultaneous briefs by **Friday, March 1, 2013 at 4:00 PM**, and any responses of no more than five pages by **Friday, March 8, 2013 at 4:00 PM**.

**IT IS SO ORDERED.**

Dated: February 19, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE